IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01829-ZLW

NYAHUMA KAMAU MACHARIA,

    Plaintiff,

v.

DENVER COUNTY COURT, and
MAGISTRAGE [sic] M. MOUL,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 5 2006

GREGORY C. LANGHAM
CLERK

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

    Plaintiff submitted a Notice of Appeal of Minute Order on December 27, 2005. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

(A)    **Filing Fee**
        X    is not submitted

(B)    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24:**
        X    is not submitted
        __    is not on proper form (must use the court's current form)
        __    is missing original signature by plaintiff/petitioner on motion
        __    is missing affidavit
        __    affidavit is incomplete
        __    is missing original signature by plaintiff/petitioner on affidavit
        __    affidavit is not notarized or is not properly notarized
        __    other_____

1

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 5 day of January, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court